IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00931–MSK–KMT

HOME DESIGN SERVICES, INC.,

      Plaintiff,

v.

C & H BUILDERS, LLC,
SJODEN WOOD DESIGNS, LLC,
CHRIS SJODEN,
DONALD G. WALKER,
TERESA S. WALKER,
DAVID P. SMITH, and
JANELYN M. SMITH,

      Defendants.

## ORDER

This matter is before the court on "Plaintiff's Unopposed Motion for Extension of Time for Plaintiff to Serve Rebuttal Expert Reports and Disclosures" [Doc. No. 47] and "Joint Motion to Amend/Modify Scheduling Order" [Doc. No. 46].

Having reviewed the motions and being otherwise fully advised, it is hereby

**ORDERED**

"Plaintiff's Unopposed Motion for Extension of Time for Plaintiff to Serve Rebuttal Expert Reports and Disclosures" [Doc. No. 47] and "Joint Motion to Amend/Modify Scheduling Order" [Doc. No. 46] are **GRANTED**.

The Scheduling Order [Doc. No. 23] is amended as follows:

| | |
|---|---|
| Discovery Cut Off Date: | June 1, 2010 |
| Dispositive Motion Deadline | July 1, 2010 |
| Expert Disclosure Deadline: | April 1, 2010 |
| Rebuttal Expert Disclosures: | May 1, 2010 |

The parties are reminded that a Final Pretrial Conference is scheduled before District Judge Marcia S. Krieger on July 27, 2010 at 4:00 p.m.

Dated this 9th day of February, 2010.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge