IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00931-MSK-KMT

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

C & H BUILDERS, LLC;
SJODEN WOOD DESIGNS, LLC;
CHRIS SJODEN;
JERRY W. PETERS, individually and d/b/a J.W. Design;
DONALD G. WALKER;
TERESA S. WALKER;
DAVID P. SMITH; and
JANELYN M. SMITH,

    Defendants.

---

## ORDER GRANTING MOTION TO TRANSFER AND DIRECTING CLERK TO REDRAW CASE TO MAGISTRATE JUDGE LAIRD T. MILBURN

THIS MATTER comes before the Court on the Unopposed Motion for Inter-Division Transfer of Pretrial Matters (Motion) **(#52)** filed February 10, 2010. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is directed to reassign this matter to Magistrate Judge Laird T. Milburn to conduct proceedings as set forth in this Court's Order of Reference to Magistrate Judge at Docket Entry #3.

DATED this 11th day of February, 2010.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge