IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No.   09-cv-00931-MSK-LTM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

vs.

C & H BUILDERS, LLC,
SJODEN WOOD DESIGNS, LLC,
CHRIS SJODEN,
JERRY W. PETERS, individually and d/b/a J.W. DESIGN,
DONALD G. WALKER,
TERESA S. WALKER,
DAVID P. SMITH, and
JANELYN M. SMITH,

    Defendants.

---

ORDER RE: PLAINTIFF'S MOTION FOR CLARIFICATION AS TO
ORDER ENTERED ON FEBRUARY 9, 2010 (docket # 51)

---

The Court has received and reviewed Plaintiff's Motion for Clarification as to Order Entered on February 9, 2010 (docket # 54) filed February 17, 2010, requesting clarification of the Court's Order of February 9, 2010 (docket # 51).

Accordingly, it is hereby **ORDERED** that Plaintiff's rebuttal report to Mr. Schmitt's report, along with all other rebuttal reports, are due on May 1, 2010.

DATED at Grand Junction, Colorado, this 22nd day of February, 2010.

BY THE COURT:

s/Laird T. Milburn
_____
Laird T. Milburn
United States Magistrate Judge