IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 09-cv-00931-MSK-LTM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

vs.

C & H BUILDERS, LLC,
SJODEN WOOD DESIGNS, LLC,
CHRIS SJODEN,
JERRY W. PETERS, individually and d/b/a J.W. DESIGN,
DONALD G. WALKER,
TERESA S. WALKER,
DAVID P. SMITH, and
JANELYN M. SMITH,

    Defendants.

---

**ORDER RE: DEFENDANTS' MOTION TO WITHDRAW (docket # 73)**

---

Any objection to the Motion to Withdraw (docket # 73), dated May 14, 2010, filed by Keith Boughton, Esq., must be made by response pleading filed no later than May 28, 2010.

DATED at Grand Junction, Colorado, this 18th day of May, 2010.

                BY THE COURT:

                s/Laird T. Milburn

                _____
                Laird T. Milburn
                United States Magistrate Judge