IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No.   09-cv-00931-MSK-LTM

HOME DESIGN SERVICES, INC.,

        Plaintiff,

vs.

C & H BUILDERS, LLC,
SJODEN WOOD DESIGNS, LLC,
CHRIS SJODEN,
JERRY W. PETERS, individually and d/b/a J.W. DESIGN,
DONALD G. WALKER,
TERESA S. WALKER,
DAVID P. SMITH, and
JANELYN M. SMITH,

        Defendants.

---

## ORDER RE: DEFENDANTS' UNOPPOSED
## MOTION TO AMEND SCHEDULING ORDER (docket # 77)

---

        The Court has received and reviewed Defendants' Unopposed Motion to Amend

Scheduling Order (docket # 77) dated May 24, 2010 and, although inclined to approve it, **FINDS**

that its format is inappropriate because it does not conform to the format approved by this Court

in this case (see scheduling order dated July 21, 2009 (docket # 20) entered by Magistrate Judge

Kathleen M. Tafoya).

        Therefore, it is hereby **ORDERED** that the proposed Amended Scheduling Order be

resubmitted in proper form by June 11, 2010.  The resubmitted proposed Amended Scheduling

Order shall contain a Settlement Conference date of Monday October 18, 2010 with Confidential

Settlement Statements to be filed with this Court on or before October 11, 2010. All other dates in the Unopposed Motion to Amend Scheduling Order (docket # 77) are hereby approved.

DATED at Grand Junction, Colorado, this 27th day of May, 2010.

BY THE COURT:

s/Laird T. Milburn

_____

Laird T. Milburn
United States Magistrate Judge